NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALLERGAN, INC.,**
*Plaintiff-Cross Appellant,*

v.

**SANDOZ INC., ALCON LABORATORIES, INC., ALCON RESEARCH, LTD., ALCON, INC., AND FALCON PHARMACEUTICALS, LTD.,**
*Defendants-Appellants,*

AND

**APOTEX, INC. AND APOTEX, CORP.,**
*Defendants-Appellants,*

AND

**WATSON LABORATORIES, INC.,**
*Defendant-Appellant,*

---

2011-1619, -1620, -1635, -1639, 2012-1005, -1013

---

Appeals from the United States District Court for the Eastern District of Texas in consolidated case no. 09-CV-0097, Judge T. John Ward.

---

**ON MOTION**

---

# O R D E R

Allergan, Inc. moves for an extension of time until April 2, 2012 to file its opening brief. Sandoz Inc., Alcon Laboratories, Inc., Alcon Research, Ltd., Alcon, Inc., and Falcon Pharmaceuticals, Ltd. oppose.

The briefing schedule is stayed pursuant to Fed. Cir. R. 31(c).

Accordingly,

IT IS ORDERED THAT:

The motion is denied as moot. The briefing schedule is stayed pending disposition of the motion to dismiss.

FOR THE COURT

_____MAR 0 2 2012_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Deanne E. Maynard, Esq.
Jonathan E. Singer, Esq.
Robert B. Breisblatt, Esq.
Gary Edward Hood, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK